**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 18-cv-02384-STV

ELIZABETH GOZY and
JOHN W. SMITH, on behalf of themselves and all others similarly situated,

    Plaintiffs,

v.

CREDIT CONTROL SERVICES, INC.,

    Defendant.

---

### STIPULATION OF DISMISSAL

---

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties in this action hereby stipulate and agree that Elizabeth Gozy's and John W. Smith's individual claims be dismissed with prejudice, and the putative class members' claims without prejudice, with each party bearing its own attorneys' fees and costs.

DATED: August 14, 2019

| | |
|---|---|
| /s/Jesse S. Johnson | /s/Michael S. Poncin |
| Jesse S. Johnson | Michael S. Poncin (MN #296417) |
| Greenwald Davidson Radbil PLLC | Moss & Barnett, PA |
| 7601 N. Federal Hwy., Suite A-230 | 150 South Fifth Street, Suite 1200 |
| Boca Raton, FL 33487 | Minneapolis, MN 55402 |
| (561) 826-5477 | (303) 805-7080 |
| jjohnson@gdrlawfirm.com | mike.poncin@lawmoss.com |
| | |
| Attorney for Plaintiffs | Attorney for Defendant |

Case 1:18-cv-02384-STV   Document 19   Filed 08/14/19   USDC Colorado   Page 2 of 2

**Certificate of Service**

I hereby certify that on August 14, 2019, I filed a copy of the foregoing with the Clerk of Court using the Court's CM/ECF system, which will provide notice to all counsel of record.

<u>/s/Jesse S. Johnson</u>
Jesse S. Johnson